IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RYAN F. DUNCAN,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2370

Opinion filed July 9, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Ryan F. Duncan, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.  See Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.